UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
        v.                      )       No. 4:06 CR 135 RWS
                                )                       DDN
RACHEL PUCKETT,                 )
                                )
            Defendant.          )

## MEMORANDUM

This action is before the court upon the pretrial motions with respect to defendant Rachel Puckett only which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for April 10, 2006.

Defendant Puckett filed no pretrial motions, and counsel for defendant filed a written waiver of her right to file motions and to participate in an evidentiary hearing. On April 10, 2006, defendant Puckett appeared in open court, with counsel, and advised the undersigned that she had decided not to raise any issues by way of pretrial motions. She thereupon waived her rights to file pretrial motions and to have a pretrial hearing.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 10, 2006.